THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIN KHANNA, aka Lovin Khanna, TINU KHANNA, aka Gagan Khanna, DANIEL DOLAN, CHI MO, aka David Mo, WRIGHT LOUIS MOSLEY, ISHU LAKRA, TOU SUE VANG, ANDREW VANG, and MONICA MOUA,<br><br>Defendants. | Case No.: 2:22-CR-0213 KJM<br><br>ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285<br><br>Judge: Hon. Kimberly J. Mueller |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA**

This is to authorize and direct you to furnish the above-named defendant, Wright Louis Mosely, with air transportation from Newark, New Jersey to Sacramento, California, on or around January 30, 2023, to attend his initial appearance with this Court on January 31, 2023, at 2:00 p.m.

This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: January 25, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

REQUEST AND [PROPOSED] ORDER FOR
TRANSPORTATION ORDER PURSUANT
TO 18 U.S.C. §4285
CASE NO.: 2:22-CR-0213 KJM

1