THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>WRIGHT LOUIS MOSLEY.,<br><br>             Defendant. | Case No.: 2:22-CR-0213 KJM<br><br>AMENDED ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285, 18 U.S.C. §3006A<br><br>JUDGE: HON. KIMBERLY J. MUELLER |

**ORDER**

GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. §4285, the Court orders the United States Marshal to furnish Wright Mosley with the cost of travel from New York or New Jersey to Sacramento, California so that he may attend court on April 22, 2024, at 9:00a.m.  Additionally, the United States Marshal shall provide Mr. Mosley with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

THE COURT FURTHER ORDERS Pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, Kyle Knapp, with the cost of lodging, food, and incidental expenses while Mr. Mosley is in Sacramento, California between April 21-22, 2024, in connection with his court appearance on April 22, 2024.  It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Mosley to return to his home in New Jersey when that court proceeding is completed.  To the extent

possible advance authorization is approved for reimbursement of defense counsel for the following expenditures: Wright Mosley's airfare back to New York from Sacramento at $201.95, lodging on April 21, 2024, in Sacramento for at $145.00 before taxes and fees, one days per diem at $64.00, and $30.00 for transportation back to the airport for the flight back to New York.

The total amount to be reimbursed counsel for Wright Mosley is not to exceed $440.95, plus reasonable expenses, fees, and taxes.

IT IS SO ORDERED.

Dated:  April 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE