ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Organized Crime and Gang Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone:  (202) 878-9352
Facsimile:  (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>WRIGHT LOUIS MOSLEY, and<br>ISHU LAKRA,<br><br>                              Defendants. | CASE NO.  2:22-CR-0213 DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>CURRENT DATE: January 6, 2026<br>PROPOSED DATE: March 27, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. |

**STIPULATION**

1.      The above-captioned defendants (the "defendants") have pleaded guilty.  On December 11, 2023, defendant ISHU LAKRA pleaded guilty.  (ECF No. 221.)  On April 22, 2024, defendant WRIGHT LOUIS MOSLEY pleaded guilty.  (ECF No. 319.)

2.      The Court set a status conference regarding WRIGHT LOUIS MOSLEY and ISHU LAKRA's sentencing hearings on January 6, 2026.

3.      By this stipulation, the defendants request to continue the status conference regarding their sentencing hearings until March 27, 2026.

REQUEST TO CONTINUE DATE; [PROPOSED] ORDER

1

4.      Counsel for the defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research, and to otherwise prepare for their clients' sentencing hearings.  This is a complicated case, with many defendants and almost a terabyte of discovery.

IT IS SO STIPULATED.

Dated: January 12, 2026                    ERIC GRANT
                                           United States Attorney


                                           /s/ *Veronica M.A. Alegría*
                                           VERONICA M.A. ALEGRÍA
                                           Assistant United States Attorney


Dated: January 12, 2026                    /s/ *Kyle R. Knapp*
                                           KYLE R. KNAPP
                                           Counsel for Defendant
                                           WRIGHT LOUIS MOSLEY

Dated: January 12, 2026                    /s/ *Tamara L. Soloman*
                                           TAMARA L. SOLOMAN
                                           Counsel for Defendant
                                           ISHU LAKRA

**ORDER**

IT IS HEREBY ORDERED as to Defendants Wright Louis Mosley and Ishu Lakra, the court, having received, read and considered the parties' stipulation filed on January 6, 2026 (Doc. No. [509]), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference regarding sentencing that was scheduled for January 6, 2026, before Senior District Judge Kimberly J. Mueller, is VACATED and RESET for March 27, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **January 12, 2026**

Dena Coggins
United States District Judge

REQUEST TO CONTINUE DATE; [PROPOSED] ORDER                1