ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Organized Crime and Gang Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0213 DC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | CURRENT DATE: March 27, 2026 |
| WRIGHT LOUIS MOSLEY, and ISHU LAKRA, | PROPOSED DATE: June 5, 2026<br>TIME: 9:30 a.m. |
| Defendants. | COURT: Hon. Dena Coggins |

**STIPULATION**

1.      The above-captioned defendants (the "defendants") have pleaded guilty. On December 11, 2023, defendant ISHU LAKRA pleaded guilty. (ECF No. 221.) On April 22, 2024, defendant WRIGHT LOUIS MOSLEY pleaded guilty. (ECF No. 319.)

2.      The Court set a status conference regarding WRIGHT LOUIS MOSLEY and ISHU LAKRA's sentencing hearings on March 27, 2026.

3.      By this stipulation, the defendants request to continue the status conference regarding their sentencing hearings until June 5, 2026.

REQUEST TO CONTINUE DATE; [~~PROPOSED~~] ORDER                    1

4.      Counsel for the defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research, and to otherwise prepare for their clients' sentencing hearings.  This is a complicated case, with many defendants and almost a terabyte of discovery.

IT IS SO STIPULATED.

Dated: March 19, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ *Veronica M.A. Alegría*
                                                        VERONICA M.A. ALEGRÍA
                                                        Assistant United States Attorney


Dated: March 19, 2026                                    /s/ *Kyle R. Knapp*
                                                        KYLE R. KNAPP
                                                        Counsel for Defendant
                                                        WRIGHT LOUIS MOSLEY

Dated: March 19, 2026                                    /s/ *Tamara L. Soloman*
                                                        TAMARA L. SOLOMAN
                                                        Counsel for Defendant
                                                        ISHU LAKRA

## FINDINGS AND ORDER

IT IS HEREBY ORDERED as to Defendants Wright Louis Mosley and Ishu Lakra, the court, having received, read and considered the parties' stipulation filed on March 18, 2026 (Doc. No. 521), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference regarding Sentencing scheduled for March 27, 2026, is VACATED and RESET for June 5, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **March 19, 2026**

_____
Dena Coggins
United States District Judge

REQUEST TO CONTINUE DATE; [PROPOSED] ORDER          1