ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Organized Crime and Gang Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0213 DC |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | CURRENT DATE: June 5, 2026 |
| WRIGHT LOUIS MOSLEY, and ISHU LAKRA, | PROPOSED DATE: September 18, 2026 TIME: 9:30 a.m. COURT: Hon. Dena Coggins |
| Defendants. | |

**STIPULATION**

1.    The above-captioned defendants (the "defendants") have pleaded guilty. On December 11, 2023, defendant ISHU LAKRA pleaded guilty. (ECF No. 221.) On April 22, 2024, defendant WRIGHT LOUIS MOSLEY pleaded guilty. (ECF No. 319.)

2.    The Court set a status conference regarding WRIGHT LOUIS MOSLEY and ISHU LAKRA's sentencing hearings on June 5, 2026.

3.    By this stipulation, the defendants request to continue the status conference regarding their sentencing hearings until September 18, 2026.

REQUEST TO CONTINUE DATE; [~~PROPOSED~~] ORDER            1

4.      Counsel for the defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research, and to otherwise prepare for their clients' sentencing hearings.  This is a complicated case, with many defendants and almost a terabyte of discovery.

IT IS SO STIPULATED.

Dated: May 29, 2026                          ERIC GRANT
                                             United States Attorney


                                             /s/ *Veronica M.A. Alegría*
                                             VERONICA M.A. ALEGRÍA
                                             Assistant United States Attorney


Dated: May 29, 2026                          /s/ *Kyle R. Knapp*
                                             KYLE R. KNAPP
                                             Counsel for Defendant
                                             WRIGHT LOUIS MOSLEY

Dated: May 29, 2026                          /s/ *Tamara L. Soloman*
                                             TAMARA L. SOLOMAN
                                             Counsel for Defendant
                                             ISHU LAKRA

**ORDER**

IT IS HEREBY ORDERED as to Wright Louis Mosley and Ishu Lakra, the court, having received, read and considered the parties' stipulation filed on May 29, 2026 (Doc. No. 532), and good cause appearing therefrom, APPROVES the parties' stipulation *as modified*.  Accordingly, the Status Conference scheduled for June 5, 2026, is VACATED and RESET for September 16, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. (The parties' requested date of September 18, 2026 is not available.)

IT IS SO ORDERED.

Dated:   **May 29, 2026**

Dena Coggins
United States District Judge

REQUEST TO CONTINUE DATE; [PROPOSED] ORDER                    1